**In the Matter of S.K., a minor.**

**J.S. and S.S., Respondents,**

v.

**D.K., Appellant.**

**No. 54860.**

Missouri Court of Appeals,
Eastern District,
Division Two.

March 28, 1989.

Leland C. Smith, II, St. Charles, for appellant.

Deborah J. Tomich, St. Charles, for respondents.

### ORDER

PER CURIAM.

This is an appeal from the trial court's judgment in an adoption case. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).

---

**James K. BETTS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41300.**

Missouri Court of Appeals,
Western District.

April 4, 1989.

Joseph H. Locascio, Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, P.J., and SHANGLER and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 29.15 motion for postconviction relief without a hearing.

Judgment affirmed. Rule 84.16(b).